UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES,

-against-

MELVON ADAMS,

                          Defendant.
------------------------------------------------------------- x

**SCHEDULING ORDER**

20 Cr. 628 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Parties are hereby ordered to appear for a telephonic Bail Hearing on September 14, 2021, at 9 a.m. in the event that Defendant Adams is unable to obtain an earlier bail hearing with the Magistrate Judge. The hearing will be held via the following call-in number:

       **Call-in number: 888-363-4749**

       **Access code: 7518680**

       To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

       Finally, no later than September 7, 2021, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

       SO ORDERED.

Dated:    August 6, 2021            _____/s/ Alvin K. Hellerstein_____
            New York, New York        ALVIN K. HELLERSTEIN
                                           United States District Judge