UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
: 
UNITED STATES OF AMERICA          :
:
   -v-          :    20-CR-628 (AKH)
:
MELVON ADAMS,          :    <u>ORDER</u>
:
   Defendant.          :
:
-------------------------------------------------------------------X

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

      On September 14, 2021, I held a telephonic bail hearing in the above-captioned matter, where I made certain findings on the record. As discussed at the hearing, I find that the Defendant has not overcome the presumption that "no condition or combination of conditions will reasonably assure the safety of any other person and the community," given his involvement in acts of extreme violence and gang affiliation. *See* 18 U.S.C. § 3142(e)(2). Defendant's motion is denied, and I order the continued detention of Defendant.

      SO ORDERED.

Dated: September 15, 2021                     /s/ Alvin K. Hellerstein
       New York, New York                   ALVIN K. HELLERSTEIN
                                             United States District Judge