UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
        :
UNITED STATES OF AMERICA        :
        :
    -v-        :    20-CR-628 (AKH)
        :
MELVON ADAMS,        :    ORDER
        :
        Defendant.        :
        :
-------------------------------------------------------------------X

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

      The trial for this matter, having been scheduled to start on April 25, 2022, is adjourned to April 26, 2022, at 10:00 a.m. The final pretrial conference, having been scheduled on April 13, 2022, is adjourned to April 11, 2022 at 10:30 am.

      SO ORDERED.

Dated: November 9, 2021                      _____/s/ Alvin K. Hellerstein_____
       New York, New York              ALVIN K. HELLERSTEIN
                                                         United States District Judge