UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

| | |
|---|---|
| UNITED STATES OF AMERICA, | **ORDER APPOINTING CJA ATTORNEY** |
| Plaintiff, | 20 CR. 628 (AKH) |
| -against- | |
| MELVON ADAMS, | |
| Defendant. | |

-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

    IT IS HEREBY ORDERED that effective December 6, 2021, CJA Attorney Camille Abate, Esq., is appointed to represent the defendant. Previous Attorney Christine Delince is relieved.

    SO ORDERED.

Dated:   December 6, 2021          /s/ Alvin K. Hellerstein
          New York, New York     ALVIN K. HELLERSTEIN
                                         United States District Judge