

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 15, 2022

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007

The defendant will be arraigned on July 21, 2022 at 10:00 a.m. in Courtroom 14D, with time is excluded from now until July 21, 2022.

SO ORDERED.

/s/ Alvin K. Hellerstein
July 15, 2022

Re:   **United States v. Melvon Adams**, S1 20 Cr. 628 (AKH)

Dear Judge Hellerstein:

     The Government writes to advise the Court that on July 14, 2022, a Grand Jury sitting in the Southern District of New York returned a superseding indictment charging Melvon Adams, the defendant in the above-captioned matter, with an additional count regarding his possession of ammunition following a felony conviction, in violation of Title 18, United States Code, Section 922(g)(1).  This charge stems from the same search of Adams' bedroom, conducted by New York State Parole officers on July 28, 2020, that gave rise to Count One of the original and superseding indictments.  Count One charges Adams with possessing the firearm that was found in the pocket of his jacket, in his bedroom closet, and Count Two of the superseding indictment charges Adams with possessing a loose round of ammunition that was found on a shoebox near the doorway inside his bedroom.  There are no additional discovery materials relating to Count Two of the superseding indictment.  The parties will coordinate with the Court to schedule an arraignment on the superseding indictment.

     In light of the superseding indictment, the Government respectfully requests that the time between today and the final pretrial conference on August 10, 2022, be excluded in the interest of justice, 18 U.S.C. § 3161(h)(7)(A), to allow the parties to prepare for trial and discuss a possible disposition without the need for trial.

Page 2

      The Government further writes to advise the Court that the parties have conferred regarding a schedule for pretrial filings in this matter.  The parties respectfully propose that motions in limine be filed by July 25, 2022, with replies due by August 5, 2022, and request that the Court enter an order to that effect.  The parties will also file proposed requests to charge and proposed voir dire questions no later than August 7, 2022, consistent with the Court's individual rules.

                            Respectfully submitted,

                            DAMIAN WILLIAMS
                            United States Attorney

by:  /s/
                            Elizabeth A. Espinosa
                            Jim Ligtenberg
                            Assistant United States Attorneys
                            (212) 637-2216/2665