UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA,          :
                                   :     **ORDER REGULATING**
                                   :     **PROCEEDINGS**
              -against-            :
                                   :     20 Crim. 628 (AKH)
MELVIN ADAMS,                      :
                                   :
                   Defendant.      :
------------------------------------------------------x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The motion for reconsideration filed on August 11, 2022 (ECF No. 47) will be

heard on August 15, 2022, at 10:00 a.m., in Courtroom 14D, prior to jury selection.

        SO ORDERED.


Dated:        August 12, 2022                    _____/s/ Alvin K. Hellerstein_____
              New York, New York                    ALVIN K. HELLERSTEIN
                                                    United States District Judge