UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,          :
                                                                         :   **FINAL RULING ON**
                                                                        :   **DEFENDANT'S MOTION**
            -against-                :   **FOR RECONSIDERATION**
                                                                        :
MELVIN ADAMS,                      :   20 Crim. 628 (AKH)
                                                                        :
                         Defendant.   :
------------------------------------------------------x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On August 12, 2022, I issued a tentative order granting Defendant's motion for reconsideration (Dkt. No. 47) and establishing an order of proof. (Dkt. No. 52.) The order was tentative until I heard argument.

       Having heard argument, and upon further review of the motions' papers, I adhere to my tentative ruling and make it final.

       The conference scheduled for this afternoon, August 15, 2022, at 2:30 p.m., is canceled.

       SO ORDERED.

Dated:     August 15, 2022                           /s/ Alvin K. Hellerstein
             New York, New York                 ALVIN K. HELLERSTEIN
                                                             United States District Judge