UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

-against-

MELVIN ADAMS,

                               Defendant.
-------------------------------------------------------x

**ORDER REGULATING PROCEEDINGS**

20 Crim. 628 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Because of illness, the Court is not able to proceed tomorrow to begin trial. No other judge has been found to try this case within the time period that accommodates defense counsel's schedule. Accordingly, the trial is adjourned until September 13, 2022, at 10:00 a.m., which is the first available date. Time is excluded until then in the interest of justice. *See* 18 U.S.C. § 3161(h)(7)(A).

      SO ORDERED.

Dated:    August 16, 2022                            ___/s/ Alvin K. Hellerstein____
           New York, New York                    ALVIN K. HELLERSTEIN
                                                                  United States District Judge