Denied, the judgment does not need clarification. Calculations for good time are a function of Bureau of Prisons.
/s/ Alvin Hellerstein
July 24, 2023

United States District Court
Southern District of New York.

United States of America.           No 1:20-cr-00628

v.                                  Motion Seeking
Melvon Adams.                       Clarification.

    The above named defendant moves this court for Clarification on his Judgment and Conviction, and earned Jail Time Credit. See Chabad Lubavitch Ctr v. Borough of Litchfield, 2020 US Dist Lexis 26793.

    "A motion for Clarification is not intended to alte or Change a Courts order, but merely to Resolve alleged Ambiguities In That order. See Metcalf v. Yale Univ, No 15-CV-1696 2019 (DCONN) "When a Court Relying

is unclear, the issuing court may grant the motion and provide additional clarification modifying that ruling or order, after providing other parties an opportunity to respond.

Relevant Background In Part:

On, or about July 28 2020, The defendant was arrested on a state warrant for Criminal Possession of a Firearm In violation of N.Y.P.L 265.05 (1)(b). However a grand jury sitting in The District of Southern New York returned an Indictment against the defendant. The Indictment stated

"...the defendant knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed A firearm to wit, A black Taurus Spectrum .380 Caliber Pistol. Affecting Commerce Title 18 U.S.C 922 G (1)(2).

On or about March 14, 2023, the defendant entered into a plea. And subsequently He was sentenced to 57 months.

The defendant ask this court to clarify for the record that He recieved his jail time credit. And if not He's entitled to 8 months. While awaiting sentencing

Title 18. USC 3585(b) The part states " A defendant Shall Be given credit towards the Service of a term of Imprisonment For-Any time he has Spent In official detention prior to the date the Sentence Commences, as a result of the offense For which the Sentenced was Imposed.

Conclusion:

For the above Stated Reasons the defendant Request Clarification as to his Judgment In the

Above Stated Cause. And, If not granted Jail time credit. Award such credit.

Dated this 6 day of July, 2023.

x Mellon Antons

Certificate of Service.

I Hereby certify, that this motion was served upon the Clerk of the Court to be served upon All Interested parties. Postage pre paid.

Dated this 6 day of July, 2023

x Mellon Antons

