UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELVON ADAMS,<br><br>      Movant,<br><br>  -against-<br><br>UNITED STATES OF AMERICA,<br><br>      Respondent. | 23-CV-7918 (AKH)<br><br>20-CR-0628 (AKH)<br><br>ORDER DENYING PETITION<br>PURSUANT TO 28 U.S.C. § 2255 |

ALVIN K. HELLERSTEIN, United States District Judge:

  On September 9, 2023, Movant Melvon Adams moved to vacate his sentence for possessing a firearm as a convicted felon. Adams argues that § 922(g)(1), which makes it unlawful for a convicted felon to possess a firearm in or affecting interstate commerce, violates his Second Amendment right to keep and bear arms. The Court, having reviewed Adams' submission, concludes that the motion must be summarily dismissed as being without merit. The Second Circuit Court of Appeals has held that "§ 922(g)(1) is a constitutional restriction on the Second Amendment rights of convicted felons." *United States v. Bogle*, 717 F.3d 281, 282 (2d Cir. 2013).

  The Clerk of Court shall terminate the motion, close the civil case, and electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

SO ORDERED.

Dated: September 12, 2023
     New York, New York

                    /s/ Alvin K. Hellerstein
                    ALVIN K. HELLERSTEIN
                    United States District Judge