UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>MELVON ADAMS,<br><br>        Defendant. | 20-CR-628 (AKH)<br><br>**CLARIFYING ORDER** |

ALVIN K. HELLERSTEIN, U.S.D.J.:

  The Court treats defendant's filing at ECF No. 79 as a motion for clarification of sentence. On March 14, 2023, I sentenced Melvon Adams to 57 months of imprisonment. I expressed on the record that he would be credited with the 32 months of jail time that he already had served, leaving 25 months of incarceration remaining. Following this, I granted Adams's petition for a reduction of sentence under Amendment 821 of the sentencing guidelines, reducing his sentence to 52 months, anticipating again that this five-month reduction would be credited against Adams's federal sentence. The Bureau of Prisons's detention of Adams shall comply with the above determinations.

  The Clerk shall terminate ECF 79.

SO ORDERED.

Dated: March 20, 2024
    New York, New York

                      Alvin K. Hellerstein
                      United States District Judge