UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

MELVON ADAMS,

Defendant.

---

20-CR-628 (AKH)

**ORDER DENYING MOTION**
**FOR RECONSIDERATION**

ALVIN K. HELLERSTEIN, U.S.D.J.:

The defendant moves for reconsideration of my grant of a reduction in sentence because he alleges that I improperly relied on his criminal history in determining that a five-month reduction was appropriate. ECF No. 81. The defendant misunderstands the law.

A sentencing judge may use specific offender characteristics in deciding on an appropriate sentence within the applicable guideline range. *See* U.S.S.G. Part H, Introductory Commentary. Moreover, a sentencing judge shall consider what sentence would appropriately reflect the seriousness of the offense, deter criminal conduct, and protect the public from further crimes of the defendant. It was in weighing these factors that I came to the decision to reduce Adams's sentence by five months, the top of the amended guideline range for a felon in possession of a firearm. As such, the reduction was done in compliance with the relevant guidelines and statutes, and the factors that I considered were appropriately used.

The defendant's motion for consideration is denied. The Clerk shall terminate ECF No. 81.

SO ORDERED.

Dated: March 25, 2024
New York, New York

Alvin K. Hellerstein
United States District Judge